**\*\* E-filed April 16, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAHL RODRIGUES,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION; ET AL.,<br><br>    Defendants.<br>_____/ | No. C12-01243 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

    This civil case was randomly assigned to this Court for all purposes including trial. On March 20, 2012, defendants Federal Deposit Insurance Corporation ("FDIC"), Electronic Registration Systems, and One West Bank filed motions to dismiss. Docket Nos. 8, 13. On April 4, 2012, pursuant to this District's Civil Local Rule 73-1, this Court instructed all parties who had not done so to file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, no later than April 13, 2012. Docket No. 16. Since Plaintiff has not done so, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. All current dates and deadlines, including the April 24, 2012 hearing on defendants' motion, are VACATED.

**IT IS SO ORDERED.**

Dated: April 16, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-01243 HRL Notice will be electronically mailed to:**

Gilda Turitz         gturitz@sideman.com
Constance Yu      cyu@sideman.com
Anton Hasemkampf  ahasenkampf@allenmatkins.com
Nicholas Waranoff   nwaranoff@allenmatkins.com

**Notice will be mailed to:**

Kahl Rodrigues
1077 Hale Avenue
Morgan Hill, CA 95037

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2